IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00566-RPM

GERALDINE D. PAWLEY,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY;
AUTO-OWNERS INSURANCE COMPANY,
dba Auto-Owners Insurance Company,
dba Auto-Owners Life Insurance Company,
dba Home-Owners Insurance Company,
dba Owners Insurance Company,
dba Property-Owners Insurance Company,
dba Southern-Owners Insurance Company,

    Defendants.
_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **May 22, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 10/2013).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 14, 2015.**  The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.  Initial disclosures under

Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference. It is

FURTHER ORDERED that defendant's shall file disclosure statements pursuant to Fed.R.Civ.P. 7.1.

Dated: March 24th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge