IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00566-RPM

GERALDINE D. PAWLEY,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY;
AUTO-OWNERS INSURANCE COMPANY,
dba Auto-Owners Insurance Company,
dba Auto-Owners Life Insurance Company,
dba Home-Owners Insurance Company,
dba Owners Insurance Company,
dba Property-Owners Insurance Company,
dba Southern-Owners Insurance Company,

    Defendants.
_____

### ORDER DISMISSING AUTO-OWNERS INSURANCE COMPANY
_____

Pursuant to the stipulation to dismiss [Doc. 10], filed March 26, 2015, it is

ORDERED that Plaintiff's claims against Defendant Auto-Owners Insurance Company, dba Auto-Owners Insurance Company, dba Auto-Owners Life Insurance Company, dba Home-Owners Insurance Company, dba Owners Insurance Company, dba Property-Owners Insurance Company, dba Southern-Owners Insurance Company, are dismissed without prejudice.

Dated:   March 27th, 2015

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge