IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00566-RPM

GERALDINE D. PAWLEY,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch**


s/M. V. Wentz
  Secretary


     Due to the Court's trial calendar, the May 22, 2015, scheduling conference is vacated and **rescheduled for June 12, 2015, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED: May 21, 2015