IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00566-RPM

**GERALDINE D. PAWLEY**

    Plaintiff,

v.

**OWNERS INSURANCE COMPANY**

    Defendant.

_____

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR DISMISSAL WITH PREJUDICE
_____

This matter is before the Court on the parties' Joint Motion for Dismissal with Prejudice. The Court, having reviewed the Motion and being fully informed, hereby GRANTS the parties' Motion for Dismissal with Prejudice and

ORDERS: This case is dismissed WITH PREJUDICE. Each party shall bear her or its own attorney fees and costs.

DATED this 30th day of September, 2015.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge